IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 07-00365-WS |
| | : |
| CHARLENE SCHMITZ | : |
| aka charlene_schmitz2007@yahoo.com | : |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the defendant, pursuant to Title 18, United States Code, Section 3142(e) and (f) and/or _____.

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involved (check all that apply):

A. ✓     This is a crime of violence within the meaning of Title 18, United States Code, Section 3156;

B. ✓     This is an offense for which the maximum sentence is life imprisonment or death;

C. \_\_     This is a drug offense for which a maximum term of imprisonment of ten years is prescribed;

D. \_\_     The above-named defendant(s) has committed a felony after having been convicted of two or more prior offenses described in paragraphs A through C, or two or more state or local offenses that would have been offenses described in paragraphs A through C if a circumstance giving rise to Federal jurisdiction had existed;

E. \_\_     There is a serious risk that the above-named defendant(s) will flee;

F. ✓      There is a serious risk that the above-named defendant(s) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

2. <u>Reason for Detention</u>. The court should detain the defendant(s) because there are no conditions or combination of conditions of release which will reasonably assure (check one or both):

     A. ✓      The defendant(s)' appearance as required; and/or

     B. ✓      The safety of any other person and/or the community.

3. <u>Rebuttable Presumption</u>. The United States will/will not invoke the rebuttable presumption against the defendant pursuant to Title 18, United States Code, Section 3142(e). If yes, the rebuttable presumption arises because (check one or both):

     A. __      There is probable cause to believe that the defendant committed a drug offense for which a maximum term of imprisonment of ten years or more is prescribed or an offense under Title 18, United States Code, Section 924(c).

     B. __      The defendant has been convicted of a Federal offense as described in Title 18, United States Code, Section 3142(f)(1), or of a state or local offense that would have been an offense described in the above section if a circumstance giving rise to Federal jurisdiction had existed; and

     C. __      The defendant committed the offense described in paragraph B above while on release pending trial for a Federal, State, or local offense, and

D. \_\_\_ A period of not more than five years has elapsed since the date of conviction for offense described in paragraph C above, or the release of the person from imprisonment, whichever is later.

E. ✓ The defendant is alleged to have committed a crime concerning the exploitation of a child as referred to in Title 18, United States Code, Section 3142(e).

4. Time for Detention Hearing. The United States, by and through the undersigned Assistant United States Attorney, requests that this court conduct a detention hearing:

    A. \_\_\_ At first appearance; or

    B. ✓ After a continuance of 2 days (not to exceed three days).

5. Other Matters. _____.

Dated this day of November, 2007.

                                                  Respectfully submitted,

                                                  DEBORAH J. RHODES
                                                  UNITED STATES ATTORNEY
                                                  by:

                                                  s/Maria E. Murphy
                                                  Maria E. Murphy(MURPM8440)
                                                  United States Attorney's Office
                                                  63 So. Royal Street, Suite 600
                                                  Mobile, Alabama 36602
                                                  Tel: (251) 441-5845
                                                  Fax: (251) 441-5131
                                                  E-mail:maria.murphy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion for Detention Hearing upon the defendant by HAND DELIVERY this the   day of November, 2007.

_____
Maria E. Murphy
Assistant United States Attorney