IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA :

vs. : 1:07-00365-CG  KD, N

Charlene Schmitz : CRIMINAL ACTION NO.
(Your name, under which you : (To be added by the Court)
were convicted)

10084-003 :
(Your prison number) :

## MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

A. **Instructions.** [Read before filling out this form]:

   1. **Readable.** The Motion must be either typed, or written by hand in a readable way.

   2. **Signed Under Penalty of Perjury.** The Motion must be signed by the person bringing suit, "under penalty of perjury"; you can be sent to jail for any false statement in it. Your signature does not have to be witnessed by a notary public.

   3. **One Conviction Per Case.** You can only challenge one criminal conviction in each Motion.

   4. **Complete Form.** You must fill out every single line of this form, unless some line has nothing to do with you (in that case, write in "not applicable" or "N.A."). If the form is not complete, the Court will mail it back, unfiled.

   5. **All Grounds.** In this suit attacking your criminal conviction, you must include and raise every ground you have, after you have first raised that ground in state court.

B. **Motion.**

   1. **Court.** In what court were you convicted?
   Southern District of Alabama (Mobile Division)

   2. **Date.** What was the date of your conviction?
   February 14, 2008

3. <u>Lawyer</u>. Who was your lawyer?

   (a) At preliminary hearing  Donald M. Briskman

   (b) At arraignment and plea  "

   (c) At trial  "

   (d) At sentencing  "

   (e) On direct appeal  "

   (f) In any post-conviction proceeding  N/A

   (g) On appeal from any adverse ruling in a post-conviction proceeding  N/A

4. <u>Crime</u>. For what crime(s) were you convicted in the case you attack with this Complaint?  Coercion or Enticement under 18 U.S.C. §2422(b)

5. <u>Sentence</u>. What was your sentence?  121 months

6. <u>Plea</u>. How did you plead (check one)?

   _____ guilty

   XX _____ not guilty

   _____ <u>nolo</u> <u>contendere</u>

If you pleaded guilty to one count or indictment, and pleaded not guilty to another, give details:

7. <u>Kind of Trial</u>. (Check One.)

   __XX__ Jury          _____ Non-Jury

8. <u>Appeals</u>.

   (a) Did you appeal your criminal conviction?

   __XX__ Yes          _____ No

   (b) If you <u>did</u>, fill this out:

   Name of highest appellate court to rule in your case

   __11th Circuit Court of Appeals__

   Result ("affirmed," etc.) __affirmed__

   Date of opinion __April 6, 2009__

   Citation to court opinion (if known) __non-published__

   (c) If you did <u>not</u> appeal, why didn't you? __N/A__

   _____
   _____
   _____

9. <u>Post-Conviction Collateral Proceeding</u>. Did you file <u>any</u> kind of court suit other than appeal challenging your conviction? NO If so,

   In what court __N/A__

   When _____

   Did you have a hearing _____

   What was the result _____

   Did you appeal that result _____

   If you did <u>not</u> appeal, why not? _____

   _____
   _____
   _____

When was the appeal decided? _____

10. State in the following paragraphs every ground or reason you claim your conviction is improper or unlawful. Use simple language, and don't cite cases.

   a. <u>First Ground</u>.

   (i) My conviction violates the Constitution or laws of the United States for this reason: <u>PROSECUTORIAL MISCONDUCT which violates the FIFTH AMENDMENT under due process.</u>

   (ii) The factual background (tell your story briefly): <u>See Memorandum of Points & Authorities in Support of this motion</u>

   (iii) I have already raised this claim in court in:
   direct appeal         Yes  XX      No _____
   collateral attack     Yes _____    No  XX

   b. <u>Second Ground</u>.

   (i) My conviction violates the Constitution or laws of the United States for this reason: <u>INEFFECTIVE ASSISTANCE OF COUNSEL which violates the SIXTH AMENDMENT</u>

   (ii) The factual background (tell your story briefly): <u>See Memorandum of Points & Authorities in Support of this motion</u>

    (iii) I have already raised this claim in court in:

    direct appeal      Yes __XX__   No _____

    collateral attack    Yes _____   No __XX__

 c. <u>Third Ground</u>.

   (i) My conviction violates the Constitution or laws of the United States for this reason: <u>JUDICIAL ABUSE OF DISCRETION,</u> <u>ERRORS, BIAS, & FAVORITISM,</u> which violates the FIFTH & SIXTH AMENDMENTS

   (ii) The factual background (tell your story briefly): See Memorandum of Points & Authorities in Support of this motion.

   (iii) I have already raised this claim in court in:

    direct appeal      Yes __XX__   No _____

    collateral attack    Yes _____   No __XX__

 d. <u>Other</u>. (Attach separate sheets if necessary, giving the same information for each ground.

 11. <u>Concurrent Sentence</u>. Are you now serving time in jail for any federal or state conviction <u>other</u> than the one you attack here? If you are give the following information:   NO

  Crime charged and for which convicted _____

  Court _____

  Date of conviction _____

  Time already served _____

12. <u>Future Sentence</u>. Do you have any federal or state sentence to serve in the <u>future</u>, <u>after</u> you serve the sentence you are attacking in this case?                  Yes _____   No  XX

    If so, give this information about that sentence:

    Court _____

    Date of sentencing _____

    Length of sentence _____

    Judge _____

    Have you filed any court challenge to that sentence?

    Yes _____   No _____

    If you have, give this information:

    Court _____

    Current status of case _____

    Judge _____

    Your lawyer's name in that case _____

13. <u>Other Challenges</u>. Do you have any petition or appeal now pending in any court as to the conviction under attack here?

    Yes _____   No  XX

14. <u>Jurisdiction and Relief</u>. For the above reasons, the plaintiff invokes this Court's jurisdiction under 28 U.S.C. § 2255 and asks the Court to grant whatever relief the law provides in this case.

15. <u>Signature</u>.

                                           N/A
                                 Signature of Lawyer (if any)

-7-

My signature below is signed under penalty of perjury, and the information above is true and correct (this form does not have to be signed by a notary public).

_Sept. 2, 2010_
Date of Signature

_Charlene Schmitz_
Signature of Plaintiff (Inmate)
(Sign the name under which you were convicted).

_10084-003_
Prison Number